

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-73,965-06

### EX PARTE SAMUEL RICHMOND WALKER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 943669-C IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of aggravated robbery and sentenced to forty-five years' imprisonment. The Fourteenth Court of Appeals affirmed the conviction. *Walker v. State*, No. 14-07-00461-CR (Tex. App.—Houston [14th Dist.] May 8, 2008) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant alleges that newly discovered evidence proves his innocence. After a remand, the trial court entered findings of fact and conclusions of law determining that the innocence claim is without merit and that consideration of its merits is barred as subsequent. TEX. CODE CRIM. PROC. art. 11.07 § 4. We disagree that consideration of Applicant's writ is barred as subsequent. However,

we agree that Applicant has not shown that he is entitled to relief on his actual innocence claim. Based on the trial court's findings addressing the merits of the writ application and this Court's independent review of the record, we deny relief.

Filed:          September 30, 2020
Do not publish